```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
     v.                      ) Criminal No. 07-83
                             )
EMMANUEL PENN,               )
     Defendant.              )
```

## ORDER

AND NOW, this 9th day of May, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered April 3, 2007, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Tuesday, May 15, 2007 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc:   Scott W. Brady,
      Assistant United States Attorney

      Thomas Livingston,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation